■ ABKCO INDUSTRIES, INC. v APPLE FILMS, INC.—Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" Concur—Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.

■ ABKCO INDUSTRIES, INC. v APPLE FILMS, LTD.—Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this Court, properly made?" Concur—Kupferman, J. P., Murphy, Tilzer, Capozzoli and Lane, JJ.

## (June 24, 1975)

■ ARB (AMERICAN RESEARCH BUREAU), INC., Appellant, v INSURANCE COMPANY OF NORTH AMERICA, Respondent. (And another action.)—Order, Supreme Court, New York County, entered on July 8, 1974, unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. We have examined the documents in question and uphold the action taken at Special Term with regard to sanctions. No opinion. Concur—Kupferman, J. P., Lupiano, Capozzoli, Nunez and Lynch, JJ.

■ In the Matter of ALBERTO MOTON, Respondent, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—Order, Supreme Court, New York County, entered on November 14, 1974, unanimously reversed, on the law, and the application for leave to commence an action against MVAIC and to join a party respondent denied, and the petition dismissed, without costs and without disbursements. The notice of claim was filed more than a year after the accident and is therefore without avail. (See *Matter of Walker v MVAIC,* 41 AD2d 527, affd, 33 NY2d 781.) Concur—Markewich, J. P., Lupiano, Capozzoli, Nunez and Yesawich, JJ.